# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K7 DESIGN GROUP, INC. and K7 DESIGN GROUP, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIVE BELOW, INC.,<br><br>    Defendant.<br><br>FIVE BELOW, INC.,<br><br>    Moving Party,<br><br>    v.<br><br>HK TRANS LLC,<br><br>    Responding Party. | Case No. 5:21-mc-00014-JWH-SHK<br><br>(underlying Case No. 2:21-cv-01406 pending in the United States District Court for the Eastern District of Pennsylvania)<br><br>**JUDGMENT AGAINST HK TRANS LLC** |

Pursuant to the "Order Granting *Ex Parte* Application for Judgment" entered substantially contemporaneously herewith, and in accordance with Rules 45 and 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The United States District Court for the Eastern District of Pennsylvania possesses subject matter jurisdiction over the underlying action, pending as Case No. 2:21-cv-01406, pursuant to 28 U.S.C. § 1332.

2. This Court possesses subject matter jurisdiction over this miscellaneous case— through which Defendant and Moving Party Five Below, Inc. seeks to enforce a subpoena issued by this Court and served on Responding Party HK Trans, LLC in this judicial district—pursuant to Rule 45 of the Federal Rules of Civil Procedure.

3. Defendant and Moving Party Five Below, Inc. shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Responding Party HK Trans, LLC, in the amount of $**20,849.04**.

**IT IS SO ORDERED.**

Dated: October 3, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE